**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LUIS FERNANDO LORA FONTALVO,  )
                                        )

       Petitioner,  )

                                       )

        v.  )      Civil Action No. 3:25-45
                                       )      Judge Nora Barry Fischer
COLETTE PETERS, DIRECTOR, BOP; and  )      Magistrate Judge Maureen P. Kelly
MICHAEL UNDERWOOD, WARDEN,  )

                                       )
       Respondents.  )

## <u>MEMORANDUM ORDER</u>

AND NOW, this 17th day of March, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Maureen P. Kelly on July 11, 2025, (Docket No. 12), recommending that the § 2241 habeas petition filed by Petitioner Luis Fernando Lora Fontalvo, as supplemented, be denied with prejudice because he is ineligible for earned time credits due to a final order of removal from Immigration and Customs Enforcement, and directed that objections were due within 14 days such that objections for non-ECF users were due by July 28, 2025, the timely Objections filed by Petitioner, (Docket No. 13), this matter having been recently reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's July 11, 2025 Report and Recommendation, (Docket No. 12),

IT IS HEREBY ORDERED that Petitioner's Objections [13] are OVERRULED because Petitioner has not shown that he is entitled to have earned time credits applied to his release computation as he is a non-citizen subject to a Notice and Order of Expedited Removal issued by an immigration officer on January 7, 2025 and approved by a supervisor on January 8, 2025. (*See*

Docket No. 10-6 at 3-4).  Therefore, he is ineligible for earned time credits and his § 2241 petition must be denied. *See e.g., Pisman v. Warden Allenwood FCI Low*, No. 23-2048, 2023 WL 6618238, at *1 (3d Cir. Oct. 11, 2023) ("Contrary to his argument, Pisman, a foreign citizen assigned a 'deportable alien' public safety factor on whom Immigration and Customs Enforcement has a detainer, is ineligible to use earned time credits for immediate release to residential re-entry programs or home confinement, pursuant to BOP regulations."); *Said v. Underwood*, No. 3:23-CV-00164, 2025 WL 90145, at *2 (W.D. Pa. Jan. 14, 2025) (Hornak, J.) ("the Court concludes that Petitioner is ineligible to apply earned time credits under 18 U.S.C. § 3632(d)(4)(E) and will deny the Petition on that basis" as he is subject to a final order of removal); *Montano v. Peters et al.*, Civ. A. No. 3:24-cv-143-NBF-KAP, Docket No. 8 (W.D. Pa. Sept. 30, 2025) (Fischer, J.) (denying § 2241 petition of inmate challenging computation of sentence for no earned time credits as he was non-citizen paroled into the United States for drug trafficking prosecution and subject to final order of removal); *Obi v. Underwood*, No. 3:23-CV-274, 2025 WL 3684933, at *2 (W.D. Pa. Dec. 18, 2025) (Haines, J.) (overruling petitioner's objections that an order for expedited removal does not constitute an order of removal under the FSA);

IT IS FURTHER ORDERED that the July 11, 2025 Report and Recommendation [12] is ADOPTED as the Opinion of the Court;

IT IS FURTHER ORDERED that the Petition [10], as Supplemented [11], is DENIED, with prejudice;

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability"); and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer, Senior U.S. District Judge


cc/ecf: Magistrate Judge Maureen P. Kelly

cc:       LUIS FERNANDO LORA FONTALVO, Reg. No. 02400-506
          LORETTO
          FEDERAL CORRECTIONAL INSTITUTION
          P.O. BOX 1000
          CRESSON, PA 16630 (via first class mail)